# Notice Recipients

District/Off: 1126−1  User: admin  Date Created: 03/20/2019
Case: 19−40463−JJR7  Form ID: 309A  Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Joshua Allen Reece | 1400 County Road 174 | Piedmont, AL 36272−3341 | | |
| tr | Rocco J Leo | Leo and O'Neal | 3250 Independence Drive, Ste 201 | Birmingham, AL 35209 | |
| aty | Marcie Foster | Law Offices of Marcie L. Foster | 5635 Weiss Lake Blvd | Leesburg, AL 35983 | |
| smg | Robert Landry | BA Anniston | 1129 Noble Street | Room 117 | Anniston, AL 36201 |
| 10044445 | Amex | Correspondence/Bankruptcy | PO Box 981540 | El Paso, TX 79998−1540 | |
| 10044446 | Amex | PO Box 981537 | El Paso, TX 79998−1537 | | |
| 10044448 | Bank of America | 4909 Savarese Cir | Tampa, FL 33634−2413 | | |
| 10044447 | Bank of America | PO Box 982238 | El Paso, TX 79998−2238 | | |
| 10044449 | Cherokee Medical Center | 400 Northwood Dr | Centre, AL 35960−1023 | | |
| 10044450 | Grow Financial Fcu | 9927 Delaney Lake Dr | Tampa, FL 33619−5071 | | |
| 10044451 | Macdill Air Force Bk/Grow Financial Fcu | Attn: Bankruptcy | PO Box 89909 | Tampa, FL 33689−0415 | |
| 10044452 | Pacific Union Financia | 1603 Lyndon B Johnson Fwy Ste 500 | Farmers Branch, TX 75234−6071 | | |
| 10044453 | Pacific Union Financial | Attn: Bankruptcy | 1603 Lyndon B Johnson Fwy Ste 500 | Farmers Branch, TX 75234−6071 | |
| 10044454 | Syncb/Polaris Consumer | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896−5060 | |
| 10044455 | Syncb/Polaris Consumer | PO Box 6153 | Rapid City, SD 57709−6153 | | |
| 10044456 | Wells Fargo | Credit | Bureau DISPUTE | Des Moines, IA 50301 | |
| 10044457 | Wells Fargo Bank | Attn: Bankruptcy Dept | PO Box 6429 | Greenville, SC 29606−6429 | |
| 10044458 | Wells Fargo Bank Nv NA | PO Box 94435 | Albuquerque, NM 87199−4435 | | |

TOTAL: 18